UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                         :
JESSICA BRENNER,                                                         :
                                                                         :
                              Plaintiff,                                 :
                                                                         :                     24-CV-6949 (JMF)
             -v-                                                         :
                                                                         :                     ORDER
CITY OF NEW YORK ET AL.,                                                 :
                                                                         :
                              Defendants.                                :
                                                                         :
-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's January 27, 2025 Order, ECF No. 25, Defendant Correction
Officer Anthony Martin was required to file an answer or otherwise respond to the Complaint by
February 5, 2025.  To date, he has not done so.  Mindful of how many extensions have already
been granted, **the Court will grant Martin one final courtesy extension**, *nunc pro tunc*, to
**February 20, 2025**.  If Martin fails to respond to the Complaint by that date, the Court will
invite Plaintiff to move for default judgment against him.

        Plaintiff is directed to serve a copy of this Order on Defendant CO Martin and to file
proof of such service by **February 10, 2025**.

        SO ORDERED.

Dated:  February 6, 2025
        New York, New York                              _____
                                                                 JESSE M. FURMAN
                                                              United States District Judge