UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                          :

JESSICA BRENNER,                                :

                      Plaintiff,               :

                                                          :       24-CV-6949 (JMF)
            -v-                            :
                                                          :             ORDER

CITY OF NEW YORK ET AL.,               :

                    Defendants.             :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In its February 6, 2025 Order, the Court directed Plaintiff to "serve a copy of this Order on Defendant CO Martin and to file proof of such service by **February 10, 2025**." ECF No. 26. To date, Plaintiff has failed to file any proof of service. As a courtesy, Plaintiff's deadline to do so is hereby extended, *nunc pro tunc*, to **February 14, 2025**. Continued failure to comply with the Court's Orders may result in sanctions, including dismissal of this action for failure to serve and/or prosecute. Further, given Plaintiff's delay, Defendant CO Martin's deadline to answer or otherwise respond to the Complaint is hereby extended to **February 24, 2025**.

      Plaintiff is directed to serve a copy of **this** Order on Defendant CO Martin and to file proof of such service by **February 14, 2025**.

      SO ORDERED.

Dated: February 11, 2025
       New York, New York

                                                              JESSE M. FURMAN
                                                            United States District Judge