

# KARASYK&MOSCHELLA,LLP
## COUNSELORS AT LAW

PHILIP KARASYK

JAMES M. MOSCHELLA

MARISSA B. GILLESPIE

JEANNETTE BALDASSARRE

RENA C. DAWSON

MERCEDES M. MALDONADO

ANN M. SCHNEIDER

OF COUNSEL

SHIVA BAHMANI

JOHN W. BURNS

MICHAEL A. PALLADINO

BARRY WASHOR

YESENIA RIVERA-SIPES

JESSICA SALLES

March 28, 2025

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
United States Courthouse
Southern District of New York
40 Centre Street
New York, New York 10007

      Re:    **Brenner v. City of New York, et al.**
               24-cv-6949(JMF)

Your Honor:

      Our firm represents members of the Correction Officers' Benevolent Association, Inc. ("COBA") in civil lawsuits that are job related. Co-Defendant Anthony Martin, Jr., has requested that our firm represent him in this matter, and our client has agreed to extend representation to him concerning this lawsuit. I have entered a Notice of Appearance on Correction Officer ("CO") Martin's behalf yesterday, March 27, 2025.

      Prior to CO Martin requesting legal representation counsel for both Plaintiff and co-Defendant City of New York had reached out to our firm. We began the process to determine his entitlement to representation. It appears that the default process was underway at the same time.

      I have contacted Plaintiff's counsel, Mr. Glickman, and he has consented to allow CO Martin two weeks to interpose an answer to the Complaint. Mr. Glickman has also asked the Court to stay the default process, which I would join in that application. I called Ms. Khan's counsel for the City of New York and I have not heard back from her.

      I respectfully request that the pending default process be stayed and that CO Martin be allowed to file his Answer on or before April 11, 2025, on the consent of Plaintiff's counsel is willing to accept his Answer at this time.

On behalf of CO Martin, I thank the Court for its time and attention to this matter.

Respectfully submitted,

KARASYK & MOSCHELLA, LLP

*John W. Burns*
John W. Burns

To: All Counsel via ECF

Application GRANTED. The deadline for Defendant Anthony Martin to file an answer or otherwise respond is hereby EXTENDED, *nunc pro tunc*, to April 11, 2025. The Court's March 10, 2025 Order at ECF No. 37 is hereby VACATED (although the Clerk of Court need not remove it from the docket). The Clerk of Court is directed to terminate ECF Nos. 41 and 42.

SO ORDERED.

March 28, 2025