UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JESSICA BRENNER,                                                       :
:
　　　　　　　　　　Plaintiff,                                         :
:  24-CV-6949 (JMF)
　　　　　-v-                                                          :
:  ORDER
CITY OF NEW YORK et al.,                                               :
:
　　　　　　　　　　Defendants.                                        :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　　Pursuant to the Court's Notice of Initial Pretrial Conference, ECF No. 11, and as reiterated in the Court's May 5, 2025 Order, ECF No. 49, the parties were required to file a joint letter and proposed Case Management Plan by the Thursday before the conference scheduled for next week. To date, the parties have not filed any such materials. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 12, 2025 at noon**. Continued failure to abide by the Court's orders may result in sanctions, including dismissal of this action.

　　　　SO ORDERED.

Dated: May 9, 2025
　　　　New York, New York
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge