UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JESSICA BRENNER, :
:
Plaintiff, :
: 24-CV-6949 (JMF)
-v- :
: ORDER
CITY OF NEW YORK et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's May 5, 2025 Order, ECF No. 49, Defendant City of New York (the "City") was required to file its answer to Defendant Anthony Martin's cross-claims no later than May 9, 2025. To date, the City has not filed its answer to those cross-claims. As a final courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 19, 2025**. If the City fails to answer by that deadline, then the Court will deem those cross-claims unopposed.

     This is merely the latest deadline that one of the parties has missed in this case. Only yesterday, the Court "admonished" the parties "to strictly comply with all of the Court's deadlines moving forward" and warned that "[f]ailure to comply with any future court orders may result in sanctions without further notice to the parties." ECF No. 52, at 7. **The parties are cautioned that future failures to comply *will* result in sanctions** — and that this is the end of the courtesy extensions that the Court will grant.

     SO ORDERED.

Dated: May 13, 2025
      New York, New York

                                          JESSE M. FURMAN
                                        United States District Judge