

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALEXANDRA CORSI**
*Senior Counsel*
E-mail: acorsi@law.nyc.gov
Phone: (212) 356-3545
Fax: (212) 356-3509

September 19, 2025

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Jessica Brenner v. City of New York, et. al.*
              24-CV-6949 (JMF)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York and the attorney for Defendant City of New York in the above-referenced matter. For the reasons set forth in Defendant's August 5, 2025 application, and with the consent of both co-defendant's counsel, John Burns, and plaintiff's counsel, Leo Glickman, the City writes to respectfully request that the stay of the instant matter be continued for an additional three weeks, until October 10, 2025. As noted in the City's initial application submitted on August 5, 2025, the instant stay request does impact the current discovery deadline of September 15, 2025, which has now passed, and the remainder of the deadlines contained in the May 12, 2025 Case Management Plan and Scheduling Order. Accordingly, it is respectfully requested that, should the request for a continuation of the stay be granted, the parties be provided the opportunity to submit a revised case management plan and scheduling order once the stay is lifted. The next case status conference is scheduled for October 30, 2025 at 9:00am.

    Pursuant to the Court's August 6, 2025 Order, Defendant additionally writes to provide an update as to the status of the pending investigations, which is the basis of the current stay and instant application. Based upon conferrals with the New York City Department of Investigation, it has been communicated to me that the related investigation is on-going. Additionally, the New York City Department of Correction has confirmed that their investigation continues to be "on hold" due to the pending DOI investigation.

To the extent the Court grants the within request, the parties intend to use the next three weeks to continue settlement discussions, as they have been engaged in continuous and serious settlement negotiations over the last several weeks. We are hopeful that this matter will resolve during this time. To the extent the Court grants the within request and this case does not resolve over the next three weeks, Defendant City respectfully notes that it intends to renew its stay application pending the resolution of the related investigations, to the extent those investigations are still pending. Accordingly, it is respectfully requested that the stay be continued for an additional three (3) weeks until October 10, 2025.

For the reasons set forth above, Defendant City of New York respectfully requests that the stay of the instant civil matter be continued for an additional three weeks, until October 10, 2025. As noted above, co-Defendant Martin's counsel, John Burns, and Plaintiff's counsel consent to this request. We thank the Court for its consideration of the instant application.

Respectfully submitted,

/s/ *Alexandra Corsi*
Alexandra Corsi
Senior Counsel

To: **VIA ECF**
Leo Glickman, Esq
*Attorney for Plaintiff*

John Burns, Esq.
*Attorney for co-defendant CO Martin*

---

Application GRANTED on consent. No later than **October 10, 2025**, Defendant City of New York must file a letter updating the Court about the status of the investigations and any renewed application for a stay. The parties shall submit a revised case management plan within three weeks after the stay is lifted. In light of this temporary stay, the pretrial conference scheduled for October 30, 2025 is ADJOURNED to **November 20, 2025 at 9:00 a.m** The Clerk of Court is directed to terminate ECF No. 60.

SO ORDERED.

*[signature]*
September 19, 2025