UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JESSICA BRENNER,

                         Plaintiff,           :        24-CV-6949 (JMF)

        -v-                      :         ORDER

CITY OF NEW YORK et al,

                     Defendants.     :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By Order dated October 16, 2025, *see* ECF No. 63, the Court granted the parties' request to stay this case until January 16, 2026, and adjourned the pretrial conference to February 26, 2026. The parties were instructed to file any renewed application for a stay no later than January 16, 2026. *See* ECF No. 63. Since that date, the stay has been lifted, *see* ECF No. 66, and the parties have submitted a proposed Case Management Plan and Scheduling Order ("CMP"), *see* ECF No. 70, which the Court has so ordered, *see* ECF No. 71. In light of that, and the pretrial conference scheduled for the close of fact discovery, *see* ECF No. 71, at 7, the pretrial conference previously scheduled for February 26, 2026, is hereby CANCELED as unnecessary.

      SO ORDERED.

Dated: February 17, 2026
      New York, New York                 _____
                                     JESSE M. FURMAN
                              United States District Judge