UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
JESSICA BRENNER,                                                   :
                                                                   :
                               Plaintiff,                          :
                                                                   :          24-CV-6949 (JMF)
               -v-                                                 :
                                                                   :              ORDER
CITY OF NEW YORK et al.,                                           :
                                                                   :
                               Defendants.                         :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As stated on the record during the conference held earlier today:

- As a sanction for their repeated failures to comply with the Court's orders, *see, e.g.*, ECF Nos. 66, 74, counsel is hereby ORDERED to pay $1,000 to the Clerk of Court **within one week of the date of this Order.** Failure to comply with this deadline may result in additional sanctions.

- The parties' deadline to file their proposed Joint Pretrial Order is hereby EXTENDED to **July 22, 2026.**

- Defendant Anthony Martin, Jr.'s counsel shall file any motion to withdraw expeditiously. If and when such a motion is filed, any opposition shall be due **within one week of its filing**. No reply may be filed absent leave of Court. Unless and until the Court grants leave to withdraw, counsel remains counsel of record.

        SO ORDERED.

Dated: June 30, 2026                         _____
       New York, New York                              JESSE M. FURMAN
                                                     United States District Judge